

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00552-CV

Sheila **OLBREI** and Richard Olbrei,
Appellants

v.

Victoria **COMAN** aka Victoria Lemay aka Victoria Lane,
Appellee

From the County Court at Law No 1, Guadalupe County, Texas
Trial Court No. 2018CV0196
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is VACATED. No costs of appeal are taxed against Appellant because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 31, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice